[Nos. 21360-9-III; 21450-8-III. Division Three. January 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON BRUCE MORLEY, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 01-1-01586-0, Neal Q. Rielly, J., entered August 16 and September 25, 2002. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 21485-1-III. Division Three. January 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL ANTONIO TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-00803-3, Susan L. Hahn, J., entered September 13, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21568-7-III. Division Three. January 29, 2004.]

*In the Matter of the Marriage of* GARY JAY EVANS, *Appellant*, and CHERRÉ EVANS, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 96-3-00323-9, Suzanne Seburn, J. Pro Tem., entered October 11, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.